IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| COPPEDGE, : | |
| Debtor. : | Civil Action No. 13-1374 GMS |
| | Bankruptcy Case No. 13-11098 |
| JAMES COPPEDGE, : | BAP 13-75 |
| Appellant, : | |
| v. : | |
| MICHAEL B. JOSEPH, : | |
| Appellee. : | |

## ORDER

At Wilmington this __17th__ day of October, 2013, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 4);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **November 18, 2013.**

_____
CHIEF, UNITED STATES DISTRICT JUDGE